FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 23 AM 7: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHLEEN GIROUARD | * | CA. NO. 06-2122 |
| | * | |
| VERSUS | * | SECTION "A" |
| | * | |
| EDISON CHOUEST OFFSHORE, LLC, and GALLIANO MARINE SERVICES, LLC. | * * * | MAGISTRATE 1 |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND TO CONTINUE SCHEDULING CONFERENCE

Plaintiff, Kathleen Girouard, files this Motion to Withdraw Alan Kansas as attorney of record for Plaintiff in this case, and to continue the scheduling conference set for August 24, 2006.

Pursuant to Local Rule 83.2.11, undersigned counsel for Plaintiff files this motion to withdraw as attorney of record in this case. Plaintiff has informed undersigned counsel that she no longer wishes to be represented by him in this matter. Plaintiff's contact information is as follows:

125 Tut's Court
Gibson, LA 70356
(985) 575-8397
(985) 709-1235

The only pending deadline or court appearance is the telephone scheduling conference set for August 24, 2006 at 8:30 a.m. Because undersigned counsel will not be representing Plaintiff at the proceedings to be scheduled at the scheduling conference, and because Plaintiff may not be prepared to represent herself at the scheduling

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

conference and may want a delay to hire new counsel, Plaintiff requests that the conference be continued. Plaintiff has been advised of this proceeding.

Undersigned counsel has discussed this motion with counsel for Defendants, who has stated that Defendants do not oppose the relief requested in this motion.

Wherefore, Plaintiff respectfully requests entry of an Order permitting Alan Kansas, of The Law Office of Alan Kansas, PLLC to withdraw as attorney of record for Plaintiff in this case and continuing the scheduling conference.

Respectfully Submitted,

_____
The Law Office of Alan Kansas, PLLC
Alan Kansas (#27725)
1743 Stumpf Blvd., Suite 200
Gretna, LA 70056
alan@jkansaslaw.com
(504) 210-1150
Fax (504) 617-6525

**Certificate of Service**
I hereby certify that a copy of this Plaintiff's Motion to Withdraw as Attorney of Record has been served on Plaintiff, Kathleen Girouard, via certified mail, and upon Defendants through their counsel of record, David Korn, via fax and United States mail, this 21st day of August, 2006.

_____
Alan Kansas